Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALBERTO PADILLA, <br> Defendant. | NO. CR11-5503RJB <br><br> ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE PRETRIAL MOTIONS |

THIS MATTER comes before the Court on the Government's Unopposed Motion for an Extension of Time to File Pretrial Motions. Having reviewed the Motion, and good cause having been shown for the extension requested, it is ORDERED that the Government's Unopposed Motion for Extension of Time is GRANTED. The parties shall have until March 9, 2012, to file their pretrial motions.

DATED this 27th day of February, 2012.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

*/s/ Donald M. Reno, Jr.*
DONALD M. RENO, JR.
Special Assistant United States Attorney

ORDER ON MOTION FOR EXTENSION OF TIME
U.S. v. ALBERTO PADILLA-1
CR11-5503RJB